Alfredo Perez De La Rosa, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Laredo, TX, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Luis Jorge Hernandez Tamayo, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

Luis Jorge Hernandez Tamayo appeals the 23-month sentence he received following his guilty plea conviction for illegal reentry. He contends that the district court failed to provide sufficient reasons for imposing a within-guidelines sentence in light of his request for a downward departure. Because Hernandez Tamayo did not preserve this objection in the district court, we review for plain error. *See United States v. Mondragon–Santiago,* 564 F.3d 357, 364 (5th Cir. 2009). He must therefore show a forfeited error that is clear or obvious and that affects his substantial rights. *See Puckett v. United States,* 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009). If Hernandez Tamayo makes such a showing, this court has the discretion to correct the error but only if it seriously affects the fairness, integrity, or public reputation of judicial proceedings. *See id.*

The district court provided brief but sufficient reasons for imposing the 23-month sentence. *See Rita v. United States,* 551 U.S. 338, 358, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007). Additionally, nothing in the record indicates that Hernandez Tamayo's sentence would have been different if the court had provided more explanation of its chosen sentence. *See Mondragon–Santiago,* 564 F.3d at 363–64. Accordingly, the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Santos Arturo MARTINEZ, Defendant-Appellant**

No. 16-40576
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed January 3, 2017

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Santos Arturo Martinez, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Santos Arturo Martinez has moved for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.